

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00241-CR

Cody Allen **WATERS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1094
Honorable Raymond Angelini, Judge Presiding

## O R D E R

Appellant's brief was due on September 8, 2016. *See* TEX. R. APP. P. 38.6(a). On September 16, 2016, after no brief or motion for extension of time to file the brief had been filed, we ordered Appellant to file the brief or a motion to dismiss not later than September 26, 2016. On September 22, 2016, Appellant filed a first motion for a thirty-day extension of time to file the brief.

Our September 16, 2016 order is satisfied; Appellant's motion is GRANTED. Appellant's brief is due on October 10, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.



Keith E. Hottle
Clerk of Court